IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ANN D. WALK,                              *

    Plaintiff,                        *

vs.                                       *
                                              CASE NO. 4:12-CV-270 (CDL)
FERNANDO BURGOS, CENTRAL MOVING  *
& STORAGE, INC., WHEATON VAN
LINES, INC., AMERICAN                     *
AUTOMOBILE INS. CO., FIREMAN'S
FUND INS. CO.,                            *

    Defendants.

_____

O R D E R

The facts giving rise to this action are simple.  A collision occurred between a truck being driven by Defendant Fernando Burgos ("Burgos") and a car being driven by Plaintiff Ann D. Walk ("Walk").  Walk contends that Burgos was negligent and should compensate her for her injuries suffered in the collision.  But nothing is ever as simple as it first appears. In addition to suing Burgos, Plaintiff has filed suit against Burgos's employer, Central Moving & Storage ("Central Moving"), Central Moving's liability insurer, American Automobile Insurance Co. ("American Auto"), and Wheaton Van Lines

("Wheaton"), the common carrier under whose interstate authority Burgos was operating the truck.[1]

Presently pending before the Court is American Auto's Motion for Summary Judgment (ECF No. 35).  It argues that its insured, Central Moving, is not a motor carrier for purposes of Georgia's Direct Action Statute, O.C.G.A. § 46-7-12 (2009), and therefore, American Auto cannot be joined as a party in this action.  Having thoroughly reviewed the record, the Court finds that a genuine factual dispute exists as to whether Central Moving is a motor carrier for purposes of Georgia's Direct Action Statute.  Accordingly, American Auto's motion for summary judgment is denied.  Fed. R. Civ. P. 56(a).

IT IS SO ORDERED, this 1st day of October, 2013.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff also sued Fireman's Fund Insurance Co., American Auto's parent company, but she has now conceded that she has no claim against Fireman's Fund.  The Court previously granted summary judgment in its favor.

2